No. 78–5185.   Jenkins v. District of Columbia.   Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–1671.   Modjeska Sign Studios, Inc. v. Berle, Commissioner, Department of Environmental Conservation of New York.   Appeal from Ct. App. N. Y. dismissed for want of substantial federal question.   Mr. Justice Blackmun and Mr. Justice Powell would note probable jurisdiction and set case for oral argument.

No. 77–1784.   Veterans of Foreign Wars, Post 4264, et al. v. City of Steamboat Springs.   Appeal from Sup. Ct. Colo. dismissed for want of substantial federal question.   Mr. Justice Stewart, Mr. Justice Blackmun, and Mr. Justice Powell would note probable jurisdiction and set case for oral argument.

No. 77–6604.   Little v. Nebraska.   Appeal from Sup. Ct. Neb. dismissed for want of substantial federal question.   Mr. Justice Brennan and Mr. Justice White would note probable jurisdiction and set case for oral argument.

No. 77–6635.   Weeks v. Illinois.   Appeal from App. Ct. Ill., 4th Dist., dismissed for want of substantial federal question.   Mr. Justice Brennan and Mr. Justice Marshall would note probable jurisdiction and set case for oral argument.

No. 77–6749.   Carter v. Dawson, Secretary, Department for Human Resources of Kentucky.   Appeal from Ct. App. Ky. dismissed for want of substantial federal question.   Quern v. Mandley, 436 U. S. 725 (1978).